RESPONSE TO INMATE REQUEST TO STAFF

Name: VELASQUEZ, IVAN LEE
Register No.: 38257-180
Unit: 5A
Quarters: E02-229L

This is in response to your Inmate Request to Staff, in which you are requesting compassionate release based upon your health conditions which you did not specify. After careful consideration, your request has been denied due to correctional concerns, specifically, your high risk of recidivism level, history of violence, and disciplinary record.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____
E. Gomez, Warden

8/4/2020
Date